

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| UNIVERSITY OF TEXAS AT EL PASO, | § | No. 08-16-00268-CV |
| Appellant, | § | Appeal from the |
| v. | § | 448th District Court |
| JAMIE ISAAC, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014-DCV-1723) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellee's third motion for extension of time within which to file the brief until **February 9, 2017.**  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jeffrey B. Pownell, the Appellee's attorney, prepare the Appellee's brief and forward the same to this Court on or before February 9, 2017.

IT IS SO ORDERED this 23rd day of January, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.